40 F.3d 1239
 147 L.R.R.M. (BNA) 2832
 Cupid (Frances), Gaskins (Virginia), Guess (Delores), Jarbo
(Doris J.), Meacham (Jean), Sampson (Catherine),
Smith (Mildred), Rudd (Theressa),
Williams (Frank A.), Wright (Belinda)
v.
Local 116 of International Union of Electronic, Electrical,
Salaried, Machine and Furniture Workers, International Union
of Electronic, Electrical, Salaried, Machine and Furniture
Workers, District 1 of International Union of Electronic,
Electrical, Salaried, Machine and Furniture Workers, Honeywell
 NO. 94-1519
 United States Court of Appeals,
Third Circuit.
 Oct 28, 1994
 
 Appeal From: E.D.Pa., Nos. 91-cv-01809, 92-cv-03131,
 O'Neill, J.
 
 
 1
 AFFIRMED.